Matter of Kirtley

2026 NY Slip Op 02194

April 9, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of John Thomas Kirtley III, an Attorney. (Attorney Registration No. 4595211.)

Decided and Entered:April 9, 2026

PM-66-26

Calendar Date: April 6, 2026

Before: Clark, J.P., Aarons, Reynolds Fitzgerald, Corcoran And Ryba, JJ.

John Thomas Kirtley III, Georgetown, Texas, pro se.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]

Per Curiam.

John Thomas Kirtley III was admitted to practice by this Court in 2008 and lists a business address in Dallas, Texas with the Office of Court Administration. Kirtley now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Kirtley's application.

Upon reading Kirtley's affidavit sworn to February 24, 2026, and filed February 26, 2026, and upon reading the March 25, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Kirtley is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Clark, J.P., Aarons, Reynolds Fitzgerald, Corcoran and Ryba, JJ., concur.

ORDERED that John Thomas Kirtley III's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further

ORDERED that John Thomas Kirtley III's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that John Thomas Kirtley III is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Kirtley is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further

ORDERED that John Thomas Kirtley III shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.